```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No. 00-66
                              )
OLITUNJI TINSLEY,             )
     a/k/a Tunji              )
```

<u>ORDER</u>

AND NOW, this \_\_\_\_ day of September, 2005, in consideration of the within Government's Renewed Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, said motion is hereby GRANTED.

It is further ordered _____

_____

_____.

```
                              _____
                              ALAN N. BLOCH
                              Senior United States District Judge
```

cc: Troy Rivetti, AUSA
    Michael D. Foglia, Esquire
    U. S. Probation Office