**United States District Court**
*Western District of Pennsylvania*
*837 U.S. Post Office and Courthouse*
*Pittsburgh, Pennsylvania 15219*

*Chambers of*
**Judge Alan N. Bloch**

*Telephone: 412-208-7360*
*FAX: 412-208-7367*

September 6, 2005

Troy Rivetti, AUSA

Michael D. Foglia, Esquire

Olitunji Tinsley c/o Michael D. Foglia

Probation Office

U.S. Marshal

        Re:    United States of America v. Olitunji Tinsley
                      Criminal No. 00-66

Dear Counsel:

    Please be advised that a Hearing on the Government's Renewed Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure is scheduled in the above captioned matter for Thursday, November 10, 2005 at 2:30 p.m. Mark your calendars accordingly.

    If you have any questions regarding this matter, please contact me as soon as possible.

Very truly yours,

*John Galovich*

John Galovich, Deputy Clerk
to Judge Alan N. Bloch