IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA       )
                               )
          v.                   )    Criminal No. 00-66
                               )
OLITUNJI TINSLEY               )
```

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Olitunji Tinsely, Year of Birth: 1971, Black, male.

2. Detained by: FCI Allenwood Low, Rt. 15, P.O. Box 1500, White Deer, PA 17887.

3. Detainee has been sentenced in this district for violation of Title 21, United States Code, Section 846, and is presently in federal custody at the FCI Allenwood Low, White Deer, PA.

4. The above case is set for hearing at Pittsburgh, PA on November 10, 2005, at 2:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the FCI Allenwood Low, White Deer, PA, has no objection to the granting of this petition.

```
                                   s/Troy Rivetti
                                   TROY RIVETTI
                                   Assistant U.S. Attorney
                                   U.S. Attorney's Office
                                   U.S. Post Office & Courthouse
                                   Suite 4000
                                   Pittsburgh, PA 15219
                                   (412) 644-3500 (Phone)
                                   (412) 644-2645 (Fax)
                                   Troy.Rivetti@usdoj.gov
                                   PA ID No. 56816
```

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____          _____
DATE                            UNITED STATES DISTRICT JUDGE

cc:  United States Attorney