**United States District Court**
*Western District of Pennsylvania*
*301 U.S. Post Office and Courthouse*
*Pittsburgh, Pennsylvania 15219*

**Chambers of**
**Judge Alan N. Bloch**

Telephone: 412-208-7360
FAX: 412-208-7367

October 7, 2005

Troy Rivetti, AUSA

Michael D. Foglia, Esquire

Olitunji Tinsley, c/o Michael D. Foglia, Esquire

Probation Office

U.S. Marshal

      Re:    United States of America v. Olitunji Tinsley
                  Criminal No. 00-66

Dear Counsel:

      Please be advised that the Hearing on the Government's Renewed Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure scheduled in the above captioned matter for Thursday, November 10, 2005 at 2:30 p.m. has been **RE-SCHEDULED** for Thursday, November 17, 2005 at 12:30 p.m. Mark your calendars accordingly.

      If you have any questions regarding this matter, please contact me as soon as possible.

Very truly yours,

*[signature]*

John Galovich, Deputy Clerk
to Judge Alan N. Bloch