**United States District Court**
*Western District of Pennsylvania*
*301 U.S. Post Office and Courthouse*
*Pittsburgh, Pennsylvania 15219*

Chambers of
**Judge Alan N. Bloch**

Telephone: 412-208-7360
FAX: 412-208-7367

November 1, 2005

Troy Rivetti, AUSA

Michael D. Foglia, Esquire

Olitunji Tinsley
c/o Michael D. Foglia, Esquire

United States Marshal

Probation Office

Re:   United States of America v. Olitunji Tinsley
        Criminal No. 00-66

Dear Counsel:

Please be advised that the Hearing on Government's Renewed Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure scheduled for Thursday, November 17, 2005 at 12:30 p.m. has been **RE-SCHEDULED** for Thursday, November 17, 2005 at 4:00 p.m. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

If you have any questions regarding this matter, please contact me as soon as possible.

Very truly yours,

*John Galovich*

John Galovich, Deputy Clerk
to Judge Alan N. Bloch