# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America            )
                                    )
            Plaintiff                )
                                    )
vs.                                 ) No. CR00-66
                                    ) (Term Doc. No. 41)
Olitunji Tinsley,                   )
                                    )
            Defendant.              )

**HEARING ON** Rule 35(b) Reduction of Sentence

Before Judge Alan N. Bloch

Troy Rivetti (AUSA)                 Michael Foglia, Esq.
Robert Iuzzoline (AG's office)      Appear for Defendant
Appear for Government

Hearing begun 10/17/05 at 4:04 p.m.     Hearing adjourned to _____

Hearing concluded 10/17/05 at 4:18 p.m.  Stenographer A. Murphy
                                         Clerk: L. Diulus

**WITNESSES:**

For Plaintiff                           For Defendant

Court notes presence of Defendant, his counsel and counsel for the Government; Court provided the parties the opportunity to provide additional information with respect to the Government's motion; Court found that a reduction in Defendant's sentence in this case is appropriate; Court reduced Defendant's sentence from 168 months' imprisonment to 84 months' imprisonment to be followed by five years of supervised release; Court amended the Defendant's conditions of supervised release; Court acknowledged that Defendant has paid the special assessment of $100; Defendant was already in custody.